1  ANDREW M. SPURCHISE, Bar No. 245998
    aspurchise@littler.com
2  LITTLER MENDELSON, P.C.
    900 Third Avenue
3  New York, NY  10022.3298
    Telephone:  212.583.9600
4  Fax No.:     212.832.2719

5  ANTHONY G. LY, Bar No. 228883
    aly@littler.com
6  LITTLER MENDELSON, P.C.
    2049 Century Park East
7  5th Floor
    Los Angeles, California 90067.3107
8  Telephone:  310.553.0308
    Facsimile:   310.553.5583

9
    LISA LIN GARCIA, Bar No. 260582
10  llgarcia@littler.com
    GARRICK Y. CHAN, Bar No. 315739
11  gchan@littler.com
    LITTLER MENDELSON, P.C.
12  333 Bush Street
    34th Floor
13  San Francisco, California  94104
    Telephone:  415.433.1940
14  Fax No.:     415.399.8490

15  Attorneys for Defendant
    HOMEAGLOW INC.

16

17            UNITED STATES DISTRICT COURT

18          SOUTHERN DISTRICT OF CALIFORNIA

19

20  MARIE HOVIS, an individual;          Case No. **'23 CV 0045 JM   WVG**
    GENARO MENDOZA, an individual, on
21  behalf of themselves and all others
    similarly situated,                  **DEFENDANT HOMEAGLOW
22                                        INC.'S REQUEST FOR
                 Plaintiffs,             JUDICIAL NOTICE IN SUPPORT
23                                        OF NOTICE OF REMOVAL OF
         v.                               CIVIL ACTION TO FEDERAL
24                                        COURT PURSUANT TO 28 U.S.C.
                                          §§ 1332, 1441, AND 1446**
    HOMEAGLOW, INC., a Delaware
25  corporation and DOES 1 through 100,  Complaint Filed:  December 5, 2022
    inclusive,
26                                        (San Diego Superior Court Case No.
                 Defendants.             37-2022-00048618-CU-OE-CTL)
27

28

LITTLER MENDELSON,
P.C.
333 Bush Street
34th Floor
San Francisco, CA
94104
415.433.1940

Case No.

DEFENDANT HOMEAGLOW INC.'S RJN ISO NOTICE OF REMOVAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEY(S) OF RECORD:**

Pursuant to Federal Rule of Evidence 201, Defendant Homeaglow Inc. ("Defendant") requests that the Court take judicial notice of the following in support of Defendant's Notice of Removal of Civil Action to Federal Court Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446:

1.     The Internal Revenue Service ("IRS") standard mileages rates for the years 2018, 2019, 2020, 2021, and 2022, which is:

     a.  2018: 54.5 cents/mile;

     b.  2019: 58 cents/mile;

     c.  2020: 57.5 cents/mile;

     d.  2021: 56 cents/mile; and

     e.  2022: 58.5 cents/mile.

Defendant requests that the Court take judicial notice of the IRS standard mileage rates pursuant to Federal Rule of Evidence 201, which allows for judicial notice of facts that are "generally known within the trial court's territorial jurisdiction" or that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

The IRS standard mileage rates are a matter of common knowledge in this jurisdiction.  They are easily accessible and publicly available on the internet.  The IRS publishes its standard mileage rates on its website: https://www.irs.gov/tax-professionals/standard-mileage-rates. They may also be found easily by conducting a search on Google, or any other search engine, by searching: "IRS mileage rates."

Under Federal Rules of Evidence 201, the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(b).  Defendant has satisfied this criteria by this Request for Judicial Notice.

LITTLER MENDELSON, P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2

Case No.

DEFENDANT HOMEAGLOW INC.'S RJN ISO NOTICE OF REMOVAL

Accordingly, Defendant respectfully requests that the Court take judicial notice of the IRS standard mileage rates as set forth herein.

Dated:  January 10, 2023

LITTLER MENDELSON, P.C.

*/s/ Lisa Lin Garcia*
ANDREW M. SPURCHISE
ANTHONY G. LY
LISA LIN GARCIA
GARRICK Y. CHAN

Attorneys for Defendant
HOMEAGLOW INC.

4854-7683-9236.1 / 114736-1007

LITTLER MENDELSON,
P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA
94104
415.433.1940

3

Case No.

DEFENDANT HOMEAGLOW INC.'S RJN ISO NOTICE OF REMOVAL