ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022.3298
Telephone:  212.583.9600
Fax No.:       212.832.2719

ANTHONY G. LY, Bar No. 228883
aly@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

LISA LIN GARCIA, Bar No. 260582
llgarcia@littler.com
GARRICK Y. CHAN, Bar No. 315739
gchan@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California  94104
Telephone:  415.433.1940
Fax No.:       415.399.8490

Attorneys for Defendant
HOMEAGLOW INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE HOVIS, an individual; GENARO MENDOZA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEAGLOW, INC., a Delaware corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. '23CV0045 JM   WVG<br><br>**DECLARATION OF LISA LIN GARCIA IN SUPPORT OF DEFENDANT HOMEAGLOW INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**<br><br>Complaint Filed:  December 5, 2022 (San Diego Superior Court Case No. 37-2022-00048618-CU-OE-CTL) |

Case No.

LISA LIN GARCIA DECL. ISO DEFT HOMEAGLOW INC.'S NOTICE OF REMOVAL

# DECLARATION OF LISA LIN GARCIA

1. I am an attorney admitted to practice in the State of California and am an attorney in the law firm of Littler Mendelson, P.C., counsel of record for Defendant Homeaglow Inc. ("Defendant" or "Homeaglow") in this action. I make this Declaration in support of Defendant's Notice of Removal of Civil Action to Federal Court Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 ("Notice of Removal"). All of the information set forth herein is based on my personal and firsthand knowledge or based on information and documents retained by our firm in the regular course of its business operations, and if called and sworn as a witness, I could and would competently testify thereto.

2. As an attorney handling this matter, I am familiar with documents that have been served on Defendant.

3. I have also reviewed the online docket available on the San Diego County Superior Court's website for this matter, including as of today's date, and am familiar with the documents on file in this matter, as well as the notices and orders issued by the court.

4. On December 5, 2022, Plaintiffs Marie Hovis and Genaro Mendoza ("Plaintiffs") filed a Class Action Complaint (the "Complaint") in the Superior Court of the State of California in and for the County of San Diego entitled "MARIE HOVIS, an individual; GENARO MENDOZA, an individual, on behalf of themselves and all others similarly situated, Plaintiffs, v. HOMEAGLOW, INC., a Delaware corporation and DOES 1 through 100, inclusive," Case No. 37-2022-00048618-CU-OE-CTL ("State Court Action").  Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed in the State Court Action.  Attached hereto as **Exhibit B** is a true and correct copy of the Summons and Civil Cover Sheet filed in the State Court Action.

5. On December 5, 2022, the San Diego County Superior Court filed a Notice of Case Assignment and Case Management Conference scheduling a case

LITTLER MENDELSON, P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2     Case No.

LISA LIN GARCIA DECL. ISO DEFT HOMEAGLOW INC.'S NOTICE OF REMOVAL

management conference for June 2, 2023.  A true and correct copy of the Notice filed in the State Court Action is attached as **Exhibit C**.

6. On December 19, 2022, Plaintiffs filed a Proof of Service pertaining to the Summons and Complaint.  Attached as **Exhibit D** is a true and correct copy of the Proof of Service pertaining to the Summons and Complaint filed in San Diego County Superior Court in the State Court Action.

7. On January 6, 2023, Defendant filed an Answer to Plaintiffs' Complaint.  A true and correct copy of the Answer filed by Defendant in the State Court Action is attached hereto as **Exhibit E**.

8. On January 6, 2023, Defendant filed a Motion for Peremptory Disqualification.  A true and correct copy of the Motion for Peremptory Disqualification and my declaration in support of the Motion filed by Defendant in the State Court Action is attached hereto as **Exhibit F**.

9. Pursuant to 28 U.S.C. § 1446(d), **Exhibits A through F** constitute all process, pleadings, and orders filed in the State Court Action.

10. Other than the court proceedings and documents discussed above and attached as **Exhibits A through F** hereto, I am not aware of any further proceedings or filings regarding this case in San Diego County Superior Court.

11. To my knowledge, aside from Homeaglow, no defendant is named or has been validly served as of the date of the Notice of Removal.

12. Contemporaneously with the filing of Defendant's Notice of Removal in the United States District Court for the Southern District of California, our office is providing written notice of the removal to Plaintiffs' counsel of record.  In addition, a copy of Defendant's Notice of Removal will be filed with the Clerk of the Court for the San Diego County Superior Court.

13. The following are the IRS standard mileage rates for 2018 through 2022, which are made publicly available by United States Internal Revenue Service at https://www.irs.gov/tax-professionals/standard-mileage-rates, which I accessed

LITTLER MENDELSON, P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA
94104
415.433.1940

3

Case No.

LISA LIN GARCIA DECL. ISO DEFT HOMEAGLOW INC.'S NOTICE OF REMOVAL

and obtained (as of January 9, 2023) and are set forth in Defendant's Request for Judicial Notice in Support of Notice of Removal of Civil Action to Federal Court Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446:

    a. 2018: 54.5 cents/mile

    b. 2019: 58 cents/mile

    c. 2020: 57.5 cents/mile

    d. 2021: 56 cents/mile

    e. 2022: 58.5 cents/mile

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed January 10, 2023 in San Francisco, California.

*/s/ Lisa Lin Garcia*
LISA LIN GARCIA

4871-6229-4596.2 / 114736-1007

LITTLER MENDELSON, P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

4     Case No.
LISA LIN GARCIA DECL. ISO DEFT HOMEAGLOW INC.'S NOTICE OF REMOVAL