1   ANDREW M. SPURCHISE, Bar No. 245998
    aspurchise@littler.com
2   LITTLER MENDELSON, P.C.
    900 Third Avenue
3   New York, NY 10022.3298
    Telephone:  212.583.9600
4   Fax No.:      212.832.2719

5   ANTHONY G. LY, Bar No. 228883
    aly@littler.com
6   LITTLER MENDELSON, P.C.
    2049 Century Park East
7   5th Floor
    Los Angeles, CA 90067.3107
8   Telephone:  310.553.0308
    Facsimile:   310.553.5583

9
    LISA LIN GARCIA, Bar No. 260582
10  llgarcia@littler.com
    LITTLER MENDELSON, P.C.
11  333 Bush Street
    34th Floor
12  San Francisco, CA  94104
    Telephone:  415.433.1940
13  Fax No.:      415.399.8490

14  Attorneys for Defendant
    HOMEAGLOW INC.

15

16              UNITED STATES DISTRICT COURT

17             SOUTHERN DISTRICT OF CALIFORNIA

18

19  MARIE HOVIS, an individual;              Case No. 3:23-cv-00045-BTM-WVG
    GENARO MENDOZA, an individual, on
20  behalf of themselves and all others      **DEFENDANT'S NOTICE OF**
    similarly situated,                      **RELATED CASES**
21
                    Plaintiffs,
22
         v.
23
    HOMEAGLOW, INC., a Delaware
24  corporation and DOES 1 through 100,
    inclusive,
25
                    Defendants.
26

27

28
                                             Case No. 3:23-cv-00045-BTM-
                                                                      WVG

LITTLER MENDELSON,
P.C.
333 Bush Street
34th Floor
San Francisco, CA
94104
415.433.1940

DEFENDANT'S NOTICE OF RELATED CASES

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFFS, AND PLAINTIFFS' ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 40.1(f) of the United States District Court for the Southern District of California, Defendant HOMEAGLOW, INC. ("Defendant") hereby gives notice of the following related case that may involve substantially the same facts and the same questions of law:

1. *Kimberly Costley v. Homeaglow, Inc.*, Los Angeles County Superior Court Case No. 22STCV27159 ("*Costley*"), filed on August 22, 2022. The *Costley* matter is a currently pending representative action alleging a single cause of action under the Labor Code Private Attorneys General Act ("PAGA"), Labor Code section 2698, *et seq*. The plaintiff in *Costley* alleges that she and other cleaners who use the Homeaglow platform in California were misclassified by Homeaglow as independent contractors. Pursuant to Civil Rule 40.1(f), Homeaglow states that having the two actions assigned to a single district judge is not feasible given that one action is pending in state court and one is pending in federal court. It is also unlikely to effect a saving of judicial effort and other economies at this time. While there is overlap, *Costley* is a PAGA action and this action is currently plead as a class action only. Further, Defendant has filed a motion

LITTLER MENDELSON, P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

to compel arbitration in these actions. The hearings for said motions are

March 17, 2023 in this action and March 21, 2023 in the *Costley* matter.

Dated:  March 6, 2023

LITTLER MENDELSON, P.C.

*/s/ Lisa Lin Garcia*
ANDREW M. SPURCHISE
ANTHONY G. LY
LISA LIN GARCIA

Attorneys for Defendant
HOMEAGLOW INC.

4857-2258-0564.2 / 114736-1007

LITTLER MENDELSON,
P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA
94104
415.433.1940

3.

Case No.  3:23-cv-00045-BTM-WVG

DEFENDANT'S NOTICE OF RELATED CASES