ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
Telephone: 212.583.9600
Fax No.: 212.832.2719

ANTHONY G. LY, Bar No. 228883
aly@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

LISA LIN GARCIA, Bar No. 260582
llgarcia@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
HOMEAGLOW INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE HOVIS, an individual; GENARO MENDOZA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEAGLOW, INC., a Delaware corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00045-BTM-WVG<br><br>**DEFENDANT'S NOTICE OF RELATED CASES** |

Case No. 3:23-cv-00045-BTM-WVG

DEFENDANT'S NOTICE OF RELATED CASES

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFFS, AND PLAINTIFFS' ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 40.1(f) of the United States District Court for the Southern District of California, Defendant HOMEAGLOW, INC. ("Defendant") hereby supplements its Notice of Related Cases (Dkt No. 18) with the following related cases that may involve substantially the same facts and the same questions of law:

1. *Marie Hovis and Genaro Mendoza v. Homeaglow, Inc.*, Los Angeles County Superior Court Case No. 23STCV05600 ("*Hovis* PAGA Action"), filed on March 14, 2023. The *Hovis* PAGA Action is a currently pending representative action alleging a simple cause of action under the California Labor Code Private Attorneys General Act ("PAGA"), California Labor Code section 2698, *et seq.* The plaintiffs in the *Hovis* PAGA Action are the same plaintiffs in this action. In the *Hovis* PAGA action, the plaintiffs similarly allege that they and other cleaners who use the Homeaglow platform in California were misclassified by Homeaglow as independent contractors. Pursuant to Civil Rule 40.1(f), Homeaglow states that having the *Hovis* PAGA Action and this action assigned to a single district judge is not feasible given that the *Hovis* PAGA Action is pending in state court. Defendant has filed a motion to compel arbitration in the *Hovis* PAGA

LITTLER MENDELSON, P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Action, which is scheduled to be heard by the Los Angeles County Superior Court on August 21, 2024.

2. *Michelle Vaughn v. Homeaglow, Inc.*, San Francisco County Superior Court Case No. CGC-23-606524 ("*Vaughn* Action"), filed on May 12, 2023. The *Vaughn* Action is a currently pending representative action alleging a single cause of action under PAGA. The plaintiff in *Vaughn* alleges that she and other cleaners who use the Homeaglow platform in California were misclassified by Homeaglow as independent contractors. Pursuant to Civil Rule 40.1(f), Homeaglow states that having the *Vaughn* Action and this action assigned to a single district judge is not feasible given that the *Vaughn* Action is pending in state court and this action is pending in federal court. It is also unlikely to effect a saving of judicial effort and other economies at this time. While there is overlap, the *Vaughn* Action is a PAGA action and this action is currently pled as a class action only.

Dated: June 30, 2023

LITTLER MENDELSON, P.C.

*/s/ Lisa Lin Garcia*
ANDREW M. SPURCHISE
ANTHONY G. LY
LISA LIN GARCIA

Attorneys for Defendant
HOMEAGLOW INC.

4895-5759-2426.3 / 114736-1007

3.  Case No. 3:23-cv-00045-BTM-WVG

DEFENDANT'S NOTICE OF RELATED CASES

LITTLER MENDELSON, P.C.
Attorneys at Law
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940